UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALEX BENJAMIN MCQUIN,

    Plaintiff,

v.

MARSHA NURKALA,

    Defendant.

_____/

Case No. 2:25-cv-18

Hon. Hala Y. Jarbou

## **ORDER**

On December 12, 2025, the magistrate judge issued a Report and Recommendation ("R&R") (ECF No. 11) that the Court dismiss the action due to Plaintiff's failure to prosecute the case. No parties have filed objections to the R&R, and the deadline for doing so has passed. The Court has reviewed the R&R and determined that it makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 35) is **APPROVED** and **ADOPTED** as the opinion of the Court.

The Court will enter a judgment consistent with this Order.

Dated: February 3, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE